Dismissed and Memorandum Opinion filed July 10, 2003









Dismissed and Memorandum Opinion filed July 10, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00659-CR

____________

 

STEVEN
MIKEASKY, Appellant

 

V.

 

THE
STATE OF TEXAS, Appellee

 



 

On Appeal from the 351st District Court

Harris
County, Texas

Trial Court Cause
No.  920,826

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a
guilty plea to the offense of aggravated assault on May 5, 2003.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant to four
years’ confinement in the Institutional Division of the Texas Department of
Criminal Justice.  Appellant filed a pro
se notice of appeal.  Because appellant
has no right to appeal, we dismiss.  








The trial court entered a
certification of the defendant’s right to appeal in which the court certified
that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court’s certification is included
in the record on appeal.  See Tex. R. App. P. 25.2(d).




Accordingly, we dismiss
the appeal.  

 

 

PER CURIAM

 

 

Judgment
rendered and Opinion filed July 10, 2003.

Panel
consists of Justices Anderson, Seymore, and Guzman.

Do
Not Publish C Tex.
R. App. P. 47.2(b).